# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## AT ASHLAND

**CRIMINAL ACTION NO. 08-7-DLB-EBA-12**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**vs.**                                          **ORDER ADOPTING**
**REPORT AND RECOMMENDATION**


**DONALD R. MELTON**                                                          **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court on the December 4, 2017 Report and Recommendation (R&R) of Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoke Defendant Donald R. Melton's supervised release and impose a sentence of fourteen (14) months incarceration, with no supervised release to follow. (Doc. # 549). The Initial Appearance and Final Revocation Hearing was conducted by Judge Atkins on November 29, 2017, (Doc. # 548), wherein Defendant stipulated to the violations as charged in the November 3, 2017 Supervised Release Violation Report and the November 8, 2017 Addendum. (Doc. # 542).

Defendant having executed a waiver of his right to allocution (Doc. # 548), and the time for filing objections to the R&R having passed, this matter is now ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 549) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     Defendant is found to have **VIOLATED** the terms of his supervised release;

(3)     Defendant's supervised release is hereby **REVOKED**;

(4)     Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **FOURTEEN (14) MONTHS,** with credit for time served, and with no supervised release to follow; and

(5)     A Judgment shall be entered contemporaneously herewith.

This 6th day of January 2018

Signed By:

*David L. Bunning*     DB

United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2008\08-7-12 Melton Order Adopting R&R Dec 2017.wpd